| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stafford, Jr., William H. | U.S. District Court, NDFL | 04/29/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse<br>111 North Adams Street<br>Tallahassee, FL 32301-7717 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Sacred Heart Hospital, Pensacola, Florida |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -7 A 10: 55

Stafford Jr_William_H

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life Insurance Co. | A | Dividend | J | W | | | | | |
| 2. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 3. ██████████ | | None | J | W | | | | | |
| 4. Brokerage Account #1 | E | Int./Div. | M | T | | | | | |
| 5. - Morgan Stanley Bank Deposit Program ( money market) | A | Interest | M | T | | | | | |
| 6. - Allied Capital Corp. common | C | Dividend | J | T | Buy (add'l) | 11/13 | J | | |
| 7. | | | | | Buy (add'l) | 10/14 | J | | |
| 8. | | | | | Buy (add'l) | 07/23 | J | | |
| 9. | | | | | Buy (add'l) | 04/02 | J | | |
| 10. - AT&T Inc | B | Dividend | K | T | Open | 10/31 | J | | Inheritance |
| 11. | | | | | Open | 05/21 | J | | Inheritance |
| 12. - Blackrock World Investment Trust (closed end fund) | C | Dividend | K | T | | | | | |
| 13. - Cohen & Steers Select Utility Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 14. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 15. - Genetech Inc (common stock) | | None | J | T | | | | | |
| 16. - Nuveen INSD Qual Muni Fund (closed end fund) | A | Interest | J | T | | | | | |
| 17. - Toyota Motor CP ADR common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Lehman Bros HLDG (preferred stock) | | None | J | T | | | | | |
| 19. - GMAC 8.000% (corporate bond) | B | Interest | J | T | | | | | |
| 20. JPMCHASE Capital XVI (fixed-rate capital security) | B | Interest | K | T | | | | | |
| 21. - Unit Claymore Secs Closed-End Equity & Inc Ser (unit trst) | B | Dividend | J | T | Buy (add'l) | 11/25 | J | | |
| 22. - NVIDIA | | None | | | Transferred (from line 34) | 01/09 | J | | |
| 23. Brokerage Account #2 | C | Int./Div. | L | T | | | | | |
| 24. - Morgan Stanley Bank Deposit Program ( money market) | A | Interest | K | T | | | | | |
| 25. - S&P 500 Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 26. - Banco Bilbao VIZ ARG SA ADS common | A | Dividend | J | T | | | | | |
| 27. - Covidien LTD common | A | Dividend | J | T | Buy (add'l) | 12/10 | J | | |
| 28. - Diamond Trust Series 1 (ETF) | A | Dividend | J | T | | | | | |
| 29. - Duke Energy common | A | Dividend | J | T | | | | | |
| 30. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 31. - General Electric common | A | Dividend | J | T | | | | | |
| 32. - Goodyear Tire & Rubber common | | None | J | T | | | | | |
| 33. - Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 34. - NVIDIA Corp common | | None | J | T | Transferred (to line 22) | 01/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Spectra Energy common | A | Dividend | J | T | | | | | |
| 36. - Tanger Factory common | A | Dividend | J | T | | | | | |
| 37. - TYCO Electronics common | A | Dividend | J | T | | | | | |
| 38. - TYCO Intl common | A | Dividend | J | T | | | | | |
| 39. - Wal Mart common | A | Dividend | J | T | | | | | |
| 40. - Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 41. - Anheuser Busch Co's Inc. | A | Dividend | | | Buy | 10/10 | J | | |
| 42. | | | | | Sold | 11/18 | J | B | |
| 43. IRA's - (Aggregate Ownership) | C | Dividend | M | T | | | | | |
| 44. - Morgan Stanley Bank Deposit Program ( money market) | | | | | | | | | |
| 45. - Templeton Developing Markets A (mutual fund) | | | | | | | | | |
| 46. - PIMCO Total Return A (mutual fund) | | | | | Sold (part) | 10/22 | J | | |
| 47. - Allianz NFJ Small Cap Value A (mutual fund) | | | | | Buy (add'l) | 01/17 | J | | |
| 48. - ING Intl Value A (mutal fund) | | | | | Buy (add'l) | 01/17 | J | | |
| 49. - T Rowe Price Eq Inc (mutual fund) | | | | | Buy (add'l) | 07/18 | J | | |
| 50. | | | | | Buy (add'l) | 04/18 | J | | |
| 51. | | | | | Buy (add'l) | 01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Blackrock Intermediate Bond (mutual fund) | | | | | | | | | |
| 53. - Virtus Multi-Sector Short Term Bond Fund (mutual fund) | | | | | Sold (Part) | 10/22 | J | | |
| 54. - Legg Mason Partners Global Hi.Yld Bond A (mutual fund) | | | | | | | | | |
| 55. - Allianz CCM Mid-Cap A (mutual fund) | | | | | | | | | |
| 56. - Columbia Marsico Growth A (mutual fund) | | | | | Buy | 01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/29/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Many of the entries from previous reports were, and continue to be, held in IRA's and are reported under the Aggregate of Ownership Arrangement.

Line #10 & 11 - Inheritance by █████████████████.

Line #21 - Unit Claymore Closed End Equity & Income Trust Series 6 was rolled over into Unit Claymore Closed End Equity & Income Trust Series #16.

Line #44 - Money Market change from the Liquid Asset Fund to the Bank Deposit Program Money Market

Line # 53 - Pheonix Mutlti-Sector Short Term Bond Fund name was changed to Virtus Mutli-Sector Short Term Bond Fund.

Line #19, 31, 42, 49, 50 & 51 from the 2007 Report: All investments were redeemed in 2007 and are no longer reported. Line #17 was transferred out to charity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544